[No. 12343-2-I. Division One. December 24, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. WENDELL ELLIS KENOLY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79-1-01750-3, Gerard M. Shellan, J., entered October 29, 1982. *Affirmed as modified* by unpublished per curiam opinion, Ringold, J., dissenting.

[No. 6231-3-II. Division Two. December 26, 1984.]

THOMAS E. NORTON, ET AL, *Respondents,* v. ROBERT J. O'REILLY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Mason County, No. 14652, Frank E. Baker, J., entered February 23, 1982. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Worswick, JJ.

[No. 6600-9-II. Division Two. December 26, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY SCOTT NORMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 82-1-00218-4, Leonard W. Kruse, J., entered September 28, 1982. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Reed and Worswick, JJ.